United States District Court
Southern District of Texas

**ENTERED**

March 19, 2026

Nathan Ochsner, Clerk

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| YESSICA Y. GODOY-GUDINO,<br>　　　Petitioner, | §<br>§<br>§<br>§<br>§ | CIVIL ACTION NUMBER<br>4:26-cv-00815 |
| versus | §<br>§<br>§ | JUDGE CHARLES ESKRIDGE |
| BRET BRADFORD and<br>MARTIN L. FRINK,<br>　　　Respondents. | §<br>§<br>§ | |

### ORDER

Prior order dismissed without prejudice a petition for writ of *habeas corpus* by Petitioner Yessica Y. Godoy-Gudino without prejudice. It was determined that the petition relied exclusively on arguments resolved in *Buenrostro Mendez v Bondi*, 166 F4th 494 (5th Cir 2026), and prior decisions by the undersigned. Petitioner was given leave to file an amended petition within ten days. See Dkt 7 at 1–4.

Pending now is an amended petition for writ of *habeas corpus* by Petitioner. She now alleges that her detention under 8 USC §1225(b) violates (i) the *Accardi* doctrine and relevant regulations, and (ii) procedural due process. Dkt 8 at 5–7.

The petition appears to raise novel arguments not considered in decisions cited by prior order. See Dkt 7 at 1–4. Respondents will thus be ordered to show cause as to these arguments.

This action is REINSTATED on the docket.

Respondents are ORDERED to show cause with a filing that establishes the propriety of Petitioner's continued

detention **specifically as to her arguments under the *Accardi* doctrine and procedural due process**. The Government may also, if desired, address whether the amended petition constitutes an abuse of the writ in this context.

Such filing must be made by March 27, 2026, absent extension. Petitioner may file any reply by April 2, 2026.

It is ORDERED that the Clerk will email this Order to USATXS.CivilNotice@usdoj.gov to provide notice of reinstatement of this action to Respondents.

SO ORDERED.

Signed on March 19, 2026, at Houston, Texas.

Honorable Charles Eskridge
United States District Judge