United States District Court
Southern District of Texas
**ENTERED**
April 16, 2026
Nathan Ochsner, Clerk

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| YESSICA Y. GODOY-GUDINO, | § | CIVIL ACTION NUMBER |
| | § | 4:26-cv-00815 |
| Petitioner, | § | |
| | § | |
| | § | |
| versus | § | JUDGE CHARLES ESKRIDGE |
| | § | |
| | § | |
| BRET BRADFORD, *et al*, | § | |
| Respondents. | § | |

### FINAL JUDGMENT

This action is DISMISSED WITH PREJUDICE for the reasons stated in the Order on Dismissal entered this same date.

The Clerk of Court is DIRECTED to close the case.

This is a FINAL JUDGMENT.

SO ORDERED.

Signed on __April 14, 2026__, at Houston, Texas.


_____
Honorable Charles Eskridge
United States District Judge

4